1  Todd M. Friedman (SBN 216752)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2  21550 Oxnard St. Suite 780,
3  Woodland Hills, CA 91367
   Phone: 877-206-4741
4  Fax: 866-633-0228
5  tfriedman@toddflaw.com
6  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIANO BENITEZ**, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>INFUSION CAPITAL LLC.<br>Defendant. | Case No.:<br><br>3:20-cv-01314-LAB-BGS<br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 20th Day of November, 2020.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on November 20, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on November 20, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


s/ Todd M. Friedman
   Todd M. Friedman